# AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
                   ) ss
COUNTY OF RAMSEY   )                    Court File No. <u>1:15-CV-250-NT</u>

Ryan Washington, being duly sworn, on oath says: that on the 20th day of July, 2015 at 3:18 PM he served the attached Summons in a Civil Action; Amended Complaint at Law upon <u>Dakota Petroleum Transport Solution LLC, c/o CT Corporation System, Inc.</u>, therein named, personally at 100 South Fifth Street, Suite 1075, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Jenny Schurhamer, Senior Corporate Operations Specialist, agent authorized to accept service, a true and correct copy thereof.

Subscribed and sworn to before me
this 21st day of July, 2015.

_____
Notary Public



CARRIELYNN M. VEITCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

Client / Matter #: <u>1:15-cv-250 Grimard</u>

Case 1:15-cv-00250-NT   Document 12   Filed 07/16/15   Page 1 of 2   PageID #: 368

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| MARIE-JOSÉE GRIMARD, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HENRIETTE LATULIPPE, DECEASED <br><br> *Plaintiff(s)* <br> v. <br> DAKOTA PETROLEUM TRANSPORT SOLUTION LLC ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:15-CV-250 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAKOTA PETROLEUM TRANSPORT SOLUTION LLC
C/O CT CORPORATION SYSTEM INC
100 South Fifth Street, Suite 1075
Eden Prairie, MN 55344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph M. Bethony, Esq.
Gross, Minsky & Mogul, P.A.
PO Box 917
Bangor, ME 04402-0917

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  _____07/16/2015_____

*[Seal of the U.S. District Court, District of Maine]*

_____*Christa K. Berry*_____
Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-250

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dakota Petroleum Transport Solution LLC
was received by me on *(date)* July 20, 2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jenny Schurhamer , who is
designated by law to accept service of process on behalf of *(name of organization)* Dakota Petroleum
Transport Solution, LLC c/o CT Corporation System Inc on *(date)* July 20, 2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/21/15

_____
Server's signature

Ryan Washington, Process Server
Printed name and title

Preferred Legal Services, Inc.
4750 Hwy 61 N.
St. Paul, MN 55110
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
                           ) ss
COUNTY OF RAMSEY  )                  Court File No. <u>1:15-CV-250-NT</u>

Ryan Washington, being duly sworn, on oath says: that on the 20th day of July, 2015 at 3:18 PM he served the attached Summons in a Civil Action; Amended Complaint at Law upon <u>DPTS Marketing Inc., c/o CT Corporation System, Inc.</u>, therein named, personally at 100 South Fifth Street, Suite 1075, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Jenny Schurhamer, Senior Corporate Operations Specialist, agent authorized to accept service, a true and correct copy thereof.

_____

Subscribed and sworn to before me
this <u>21st</u> day of <u>July, 2015</u>.

_____
Notary Public

CARRIELYNN M. VEITCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

Client / Matter #: <u>1:15-cv-250 Grimard</u>

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| MARIE-JOSÉE GRIMARD, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HENRIETTE LATULIPPE, DECEASED <br><br> *Plaintiff(s)* <br> v. <br> DPTS MARKETING INC ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:15-CV-250-NT |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DPTS MARKETING INC
C/O CT CORPORATION SYSTEM INC
100 South Fifth Street, Suite 1075
Eden Prairie, MN 55344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph M. Bethony, Esq.
Gross, Minsky & Mogul, P.A.
PO Box 917
Bangor, ME 04402-0917

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   07/17/2015

_____
Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-250-NT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DPTS Marketing Inc
was received by me on *(date)* July 20, 2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jenny Schurhamer, who is designated by law to accept service of process on behalf of *(name of organization)* DPTS Marketing Inc c/o CT Corporation System Inc on *(date)* July 20, 2015; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/21/15

*Server's signature*

Ryan Washington, Process Server
*Printed name and title*

Preferred Legal Services, Inc.
4750 Hwy 61 N.
St. Paul, MN 55110
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
                             ) ss
COUNTY OF RAMSEY   )　　　　　　　Court File No. 1:15-CV-250-NT

Ryan Washington, being duly sworn, on oath says: that on the 20th day of July, 2015 at 3:18 PM he served the attached Summons in a Civil Action; Amended Complaint at Law upon Petroleum Transport Solutions LLC, c/o CT Corporation System, Inc., therein named, personally at 100 South Fifth Street, Suite 1075, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Jenny Schurhamer, Senior Corporate Operations Specialist, agent authorized to accept service, a true and correct copy thereof.

*[signature]*

Subscribed and sworn to before me
this 21st day of July, 2015.

*[signature]*
Notary Public

CARRIELYNN M. VEITCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

Client / Matter #: 1:15-cv-250 Grimard

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Maine

MARIE-JOSÉE GRIMARD, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HENRIETTE LATULIPPE, DECEASED

*Plaintiff(s)*

v.

PETROLEUM TRANSPORT SOLUTIONS LLC ET AL

*Defendant(s)*

Civil Action No.  1:15-CV-250-NT

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PETROLEUM TRANSPORT SOLUTIONS LLC
C/O CT CORPORATION SYSTEM INC
100 South Fifth Street, Suite 1075
Eden Prairie, MN 55344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph M. Bethony, Esq.
Gross, Minsky & Mogul, P.A.
PO Box 917
Bangor, ME 04402-0917

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  07/17/2015

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-250-NT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Petroleum Transport Solutions LLC
was received by me on *(date)* July 20, 2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Jenny Schurhamer, who is designated by law to accept service of process on behalf of *(name of organization)* Petroleum Transport Solutions LLC, c/o CT Corporation System Inc on *(date)* July 20, 2015; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/21/15

Server's signature

Ryan Washington, Process Server
Printed name and title

Preferred Legal Services, Inc.
4750 Hwy 61 N.
St. Paul, MN 55110
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
                                ) ss
COUNTY OF RAMSEY    )                   Court File No. <u>1:15-CV-250-NT</u>

Ryan Washington, being duly sworn, on oath says: that on the 20th day of July, 2015 at 3:18 PM he served the attached Summons in a Civil Action; Amended Complaint at Law upon <u>Western Petroleum Co., c/o CT Corporation System, Inc.</u>, therein named, personally at 100 South Fifth Street, Suite 1075, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Jenny Schurhamer, Senior Corporate Operations Specialist, agent authorized to accept service, a true and correct copy thereof.

*/s/ Ryan Washington*

Subscribed and sworn to before me
this <u>21</u>st day of <u>July, 2015</u>.

_____
Notary Public



CARRIELYNN M. VEITCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

Client / Matter #: <u>1:15-cv-250 Grimard</u>

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| MARIE-JOSÉE GRIMARD, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HENRIETTE LATULIPPE, DECEASED <br><br> *Plaintiff(s)* <br> v. <br> WESTERN PETROLEUM CO ET AL <br><br> *Defendant(s)* | Civil Action No. 1:15-CV-250-NT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WESTERN PETROLEUM CO
C/O CT CORPORATION SYSTEM INC
100 South Fifth Street, Suite 1075
Eden Prairie, MN 55344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph M. Bethony, Esq.
Gross, Minsky & Mogul, P.A.
PO Box 917
Bangor, ME 04402-0917

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   _____07/17/2015_____

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-250-NT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Western Petroleum Co__
was received by me on *(date)* __July 20, 2015__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jenny Schurhamer__, who is designated by law to accept service of process on behalf of *(name of organization)* __Western Petroleum Co c/o CT Corporation System Inc__ on *(date)* __July 20, 2015__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __7/21/15__

_____
Server's signature

__Ryan Washington, Process Server__
Printed name and title

Preferred Legal Services, Inc.
4750 Hwy 61 N.
St. Paul, MN 55110

Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MARIE-JOSÉE GRIMARD, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HENRIETTE LATULIPPE, DECEASED, <br><br> Plaintiff, <br><br> vs. <br><br> RAIL WORLD, INC. et al <br><br> Defendants. | CASE NO.: 1:15-cv-250 <br><br><br><br> CERTIFICATE OF SERVICE |

    I, George W. Kurr, Jr., Esquire, of the firm Gross, Minsky & Mogul, P.A., hereby certify that on July 23, 2015, I electronically filed **FOUR SUMMONS AND FOUR AFFIDAVITS OF SERVICE FOR SERVICE PROCESS OF SUMMONSES & AMENDED COMPLAINTS UPON DAKOTA PETROLEUM TRANSPORT SOLUTION LLC, DPTS MARKETING, INC, PETROLEUM TRANSPORT SOLUTIONS, LLC, AND WESTERN PETROLEUM CO.** with the Court via the CM/ECF electronic filing system which will send notification of such filing to the attorneys/parties of record who have registered as CM/ECF participants.

                                               /s/ George W., Kurr, Jr., Esq.
                                               George W. Kurr, Jr., Esq.